1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
3 | Sausalito, CA 94965
Telephone:  (415) 729-9006
4 | FAX: (415) 729-9023

5 | Attorneys for Plaintiffs

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | BOARD OF TRUSTEES OF THE BAY AREA    )    NO.  C 10 0114 MHP (EMC)
ROOFERS, et al.,                     )
12 |                                      )
                    Plaintiffs,      )
13 |                                      )    (PROPOSED)
               vs.                   )    ORDER OF EXAMINATION
14 |                                      )
WESTECH ROOFING, etc.,               )
15 |                                      )
                    Defendant.       )
16 | _____ )

17 | To:  Larry Hunt, Custodian of Records and Officer of
                    Corporate Judgment Debtor
18 |      Westech Roofing
        2217 Parker Street
19 |      Berkeley, CA 94704

20 |         You the above named custodian of records and officer of

21 | judgment debtor ARE HEREBY ORDERED to appear personally on Wednesday,

22 | April 13, 2011 at 9:30 a.m. at 450 Golden Gate Avenue, Courtroom C,

23 | 15th Floor, San Francisco, CA before the Magistrate Edward M. Chen

24 | then and there to be examined on oath concerning your property or

25 | other matters material to the proceedings.

26 |         You are ordered to bring with you the following documents:

27 |         1.   The corporation's bylaws, share register and minute

28 | book;

ORDER OF EXAMINATION                    1

1          2.    Annual Financial Statements for 2010 and all monthly

2   financial statements for 2011;

3          3.   Federal tax return for the last year reported;

4          4.   All bank statements, deposit slips and canceled checks

5   for all accounts for 2011;

6          5.   The last tax return filed with the Franchise Tax Board;

7          6.   Copies of all purchase orders, change orders accepted

8   bids, and contracts which relate in any way to work performed by

9   debtor during the period from October 1, 2010 to date;

10          7.   All accounts receivable lists generated by the Company

11  in 2010 and 2011;

12          8.    Cash Disbursement Journals for 2010;

13          9.   All personal guarantees made by any officer, agent or

14  shareholder for the benefit of debtor.

15          NOTICE TO JUDGMENT DEBTOR.   IF YOU FAIL TO APPEAR AT THE

16  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST

17  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

18  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

19  JUDGMENT CREDITOR IN THIS PROCEEDING.

20  Dated:_____3/3/11_____

21  _____

22  Mas_____    M. Chen

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER OF EXAMINATION                     2