1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE BAY AREA  )   NO. C 10 0114 MHP (EMC)(EDL)
   ROOFERS, et al.,                  )
12                                   )   ORDER OF EXAMINATION
                     Plaintiffs,     )
13                                   )
              vs.                    )
14                                   )
   WESTECH ROOFING, etc.,            )
15                                   )
                                     )
16                   Defendant.      )
   _____)
17
   To:  Paul Thompson
18      West Bay Builders
        615 Lindaro Street
19      San Rafael, CA 94901

20
            You the above named custodian of records of West Bay
21
   Builders ARE HEREBY ORDERED to appear personally on Tuesday, May 29,
22
   2012 at 9:00 a.m. at 450 Golden Gate Avenue, Courtroom E, 15th Floor,
23
   San Francisco, CA, before the Magistrate Judge Elizabeth D. Laporte
24
   then and there to be examined on oath concerning your property or
25
   other matters material to the proceedings.
26
            You are ordered to bring with you the following documents:
27
            1.   Copies of all purchase orders, change orders accepted
28
   bids, invoices, and contracts which relate in any way to work

       ORDER OF EXAMINATION                                          1

1 performed by debtor Westech Roofing for you during the period from
2 July 1, 2011 to date;
3     2. All accounts payable lists generated by the Company from
4 July 1, 2011 to date which list the judgment debtor Westech Roofing;
5     3. All documents related to any loans to debtor by any
6 present or former shareholders, officers or employees of West Bay
7 Builder or West Bay Builders;
8     4. Copies of contracts and all internal memoranda and
9 accounting information about existing jobs using Westech Roofing.
10     NOTICE TO PAUL THOMPSON: IF YOU FAIL TO APPEAR AT THE TIME
11 AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND
12 PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
13 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
14 JUDGMENT CREDITOR IN THIS PROCEEDING.

15 Dated: April 30, 2012

16     _____
    Magistrate Judge Elizabeth D. Laporte

ORDER OF EXAMINATION     2