```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>                Plaintiffs,<br><br>   vs.<br><br>WESTECH ROOFING, etc.,<br><br>                Defendant. | NO. C 10 0114 MHP (EMC)(EDL)<br><br>ORDER OF EXAMINATION |

To:  Paul Thompson
     West Bay Builders
     250 Bel Marin Keys Blvd., Bldg A
     Novato, CA 94949

        You the above named custodian of records of West Bay Builders ARE HEREBY ORDERED to appear personally on Tuesday, July 3, 2012 at 9:00 a.m. at 450 Golden Gate Avenue, Courtroom E, 15th Floor, San Francisco, CA, before the Magistrate Judge Elizabeth D. Laporte then and there to be examined on oath concerning your property or other matters material to the proceedings.

        You are ordered to bring with you the following documents:

        1.   Copies of all purchase orders, change orders accepted bids, invoices, and contracts which relate in any way to work

ORDER OF EXAMINATION                                                1

performed by debtor Westech Roofing for you during the period from July 1, 2011 to date;

    2. All accounts payable lists generated by the Company from July 1, 2011 to date which list the judgment debtor Westech Roofing;

    3. All documents related to any loans to debtor by any present or former shareholders, officers or employees of West Bay Builder or West Bay Builders;

    4. Copies of contracts and all internal memoranda and accounting information about existing jobs using Westech Roofing.

    NOTICE TO PAUL THOMPSON: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: May 25, 2012

_Elizabeth D. Laporte_
Magistrate Judge Elizabeth D. Laporte

ORDER OF EXAMINATION      2