ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTECH ROOFING, etc., <br><br> Defendant. | NO. C 10 0114 MHP(EMC)(EDL) <br><br> ADMINISTRATIVE MOTION TO REMOVE ORDER OF EXAMINATION FROM THE JULY 31, 2012 CALENDAR; ~~PROPOSED~~ ORDER |

Inasmuch as the Order of Examination is presently set in this case for July 31, 2012 and plaintiffs have received payment and wish to take the Order of Examination off calendar, plaintiffs move the Court to take the Order of Examination off calendar for July 31, 2012.

Date: July 25, 2012          ERSKINE & TULLEY
                             A PROFESSIONAL CORPORATION


                             By: /s/ Michael J. Carroll
                                 Michael J. Carroll
                                 Attorneys for Plaintiffs

ADMINISTRATIVE MOTION TO REMOVE ORDER OF EXAMINATION FROM THE 7/31/12 CALENDAR; PROPOSED ORDER     1

```
 1                                        ORDER
     IT IS SO ORDERED.
 2
 3   Dated: July 25, 2012                 _____
                                          Magistrate Judge Elizabeth D. Laporte
 4
```

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
(Seal: United States District Court, Northern District of California)

ADMINISTRATIVE MOTION TO REMOVE ORDER OF EXAMINATION FROM THE 7/31/12 CALENDAR; PROPOSED ORDER        2